Maria Dolores **REYNOSO–CISNEROS,**
Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney
General, Respondent.

No. 08–70766.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2012.*

Filed Jan. 16, 2013.

Murray David Hilts, Law Offices of Murray D. Hilts, San Diego, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, Carl Henry McIntyre, Jr., Assistant Director, Gary J. Newkirk, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and GONZALEZ, District Judge.**

MEMORANDUM ***

Maria Dolores Reynoso–Cisneros petitions for review of an order of the Board of Immigration Appeals ("BIA") denying her motion to reopen immigration proceedings

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Irma E. Gonzalez, District Judge for the U.S. District Court for Southern California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

following a remand for consideration on the merits by this Court. *See Reynoso–Cisneros v. Gonzales*, 491 F.3d 1001 (9th Cir.2007). "[W]e do not have jurisdiction to review [the] claim that the BIA should have exercised its *sua sponte* power" to grant Reynoso–Cisnero's motion to reopen. *Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir.2002). "[B]ecause the decision of the BIA whether to invoke its sua sponte authority is committed to its unfettered discretion," we dismiss for lack of jurisdiction. *Id.* (quoting *Luis v. INS*, 196 F.3d 36, 40 (1st Cir.1999)) (emphasis omitted).

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.